**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

KEITH CROCE,
                Defendant.
------------------------------------------------------------X

                11 CR. 12 (RMB)

                **ORDER**

        The Court will hold a telephone status conference on Monday, July 6, 2020 at 9:30 AM.

        Participants, members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 1218

Dated: June 18, 2020
      New York, NY

                        *Richard M. Berman*
                      _____
                        RICHARD M. BERMAN
                          U.S.D.J.